IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:25CR275 SRC/JSD |
| | ) |
| JORGE LOPEZ-CARRERTO | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S FIRST MOTION FOR ADDITIONAL TIME IN WHICH TO FILE PRETRIAL MOTIONS

COMES NOW, Defendant, Jorge Lopez-Carreto, by and through counsel, Assistant Federal Public Defender Kayla L. Williams, and moves this Court to grant additional time in which to file pretrial motions. In support of this motion, counsel states the following:

1. Counsel needs additional time to discuss this matter with the defendant and to engage in discussions with the government regarding a potential disposition of this matter.

2. Counsel will be out of the office the week of July 14, 2025, and will need additional time upon her return to meet with the defendant and the government.

3. A continuance in this matter is in the interest of justice as it allows reasonable time for counsel to be properly prepared pursuant to 18 U.S.C. §3161. If the Court grants this request, counsel asks for an additional 30

days in which to file pretrial motions.

WHEREFORE, for the reasons stated above, counsel requests an extension of time for 30 days in which to file pretrial motions.

Respectfully submitted,

/s/ *Kayla L. Williams*
KAYLA L. WILLIAMS  #67054 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kayla_Williams@fd.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Dane Rennier, Assistant United States Attorney.

/s/ *Kayla L. Williams*
KAYLA L. WILLIAMS
Assistant Federal Public Defender